UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

-----------------------------------------------------------------

Michael Shtaif,

                 Plaintiff,

-against-

John Howard, Stanton DeFreitas, David Watson, Michael Mancini, Roger Shoss, Glacier Mints Holdings, Inc., TBP Consulting Corp., I.M. Trading Corp., BBI Corp. and John Does 1 through 10,

                 Defendants.

Civil Action No.
4-06-CV-02305 TJW

-----------------------------------------------------------------

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Michael Shtaif (the "Plaintiff") and Defendants Stanton DeFreitas, Roger Shoss, Glacier Mints Holdings, Inc., TBP Consulting Corp., I.M. Trading Corp. and BBI Corp. (collectively "Appearing Defendants"), said parties constituting all the parties who have appeared in this action, by their respective undersigned counsel of record, stipulate and agree, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that all claims asserted by Plaintiff against the Appearing Defendants be, and hereby are, dismissed WITH PREJUDICE to re-filing same, each party to bear his or its own costs.

Respectfully submitted,

By: *[signature]*
Mary-Lou Flynn Dupart
SBN: 07199700, SDN No. 1629
Jennifer Bryant
SBN: 03276600, SDN No. 1286
Jackson Walker L.L.P.
1401 McKinney, Suite 1600
Houston, TX 77010
(713) 752-4200

Alan Greenspan
SBN: 08402975
Jackson Walker L.L.P.
901 Main Street
Dallas, TX 75202

*Of Counsel*
Martin H. Kaplan (MK6258)
Gusrae, Kaplan, Bruno & Nusbaum PLLC
120 Wall Street
New York, NY 10005
(212) 269-1400

**ATTORNEYS FOR PLAINTIFF
MICHAEL SHTAIF**

By: *[signature]*
Sondra Jones Jurica, TBN 24032486
Brewer & Pritchard, P.C.
Southern District I.D. No. 37020
Three Riverway, 18th Floor
Houston, TX 77056
(713) 209-2912

J. Mark Brewer, TBN 02965010
Brewer & Pritchard, P.C.
Southern District I.D. No.9909
Three Riverway, 18th Floor
Houston, TX 77056
(713) 209-2950

**ATTORNEYS FOR DEFENDANTS STANTON DeFREITAS, ROGER SHOSS, GLACIER HOLDINGS, INC., TBP CONSULTING CORP., I.M. TRADING CORP. AND BBI CORP.**

Shtaif/ro576