IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL SHTAIF, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-06-2305 |
| ROGER SHOSS, JOHN HOWARD, STANTON DEFREITAS, DAVID WATSON, MICHAEL MANCINI, GLACIER MINTS HOLDINGS, INC., TBP CONSULTING CORP., I.M. TRADING CORP., BBI CONSULTANTS CORP., and JOHN DOES #1-10, | § § § § § § § § § | |
| Defendants. | § § | |

United States Courts
Southern District of Texas
ENTERED

FEB 1 6 2007

Michael N. Milby, Clerk of Court

## ORDER

As the Court has granted Defendants Glacier Holding, Inc., TBP Consulting Corporation, I.M. Trading Corporation, BBI Corporation, Roger Shoss and Stanton Defreitas's Motions to Dismiss, dismissed the federal cause of action against the remaining Defendants, and dismissed Plaintiff Michael Shtaif's state law claims without prejudice, the Court hereby

ORDERS that final judgment be entered. Plaintiff's claims against Defendant are DISMISSED.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this _12_ day of February, 2007.

_____
DAVID HITTNER
United States District Judge