UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Michael Shtaif, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | C.A. No. H-06-2305 |
| John Howard, et al, | § § § | |
| Defendant. | § | |

ORDER

Pursuant to the Joint Stipulation of Dismissal filed on February 14, 2007, the above-styled action shall be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

The Clerk shall send a true copy to all counsel of record.

Signed this __19__ day of February, 2007.

_David Hittner_
DAVID HITTNER
United States District Judge